IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL MANNING, DARRIN VOTAW,** ) | |
| **and DEREK GRANT,** ) | |
| ) | |
| **On behalf of themselves** ) | |
| **and all other persons similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Cause of Action No.: 12-cv-2640 JTM/KMH** |
| ) | |
| **THE FEDERAL SAVINGS BANK** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER APPROVING ATTORNEYS' FEES AND COSTS

WHEREAS, on May 14, 2014, the Named Plaintiffs, Michael Manning and Darrin Votaw, individually and as Collective Action Representatives in this Fair Labor Standards Act ("FLSA") matter and Defendant The Federal Savings Bank ("The FSB"), by their respective counsel of record, filed with this Court a fully executed Stipulation of Settlement Agreement and Release ("Settlement Agreement"), including exhibits referenced therein, along with a Joint Motion and Memorandum In Support of Approval of FLSA Collective Action Settlement.

WHEREAS, on May 14, 2014 Plaintiffs Derek Grant and David Glick, individually in this Fair Labor Standards Act ("FLSA") matter, and Defendant The FSB, by their respective counsel of record, filed with this Court fully executed individual Settlement Agreements and Release.

WHEREAS, on May 15, 2014 Plaintiffs filed their Unopposed Motion and Memorandum for Approval of Attorneys' Fees and Costs including exhibits referenced therein.

1

WHEREAS, this Court has duly considered the representations and all of the submission presented with respect to the attorneys' fees and costs as provided by the Settlement Agreement in this matter.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. The attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel Brady & Associates in the amount of $112,500 as provided by the Settlement Agreement is approved as fair, reasonable, and just.

2. Said attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel does not impair the ability of the Defendant in any manner to pay 100% of the Approved Claims.

IT IS SO ORDERED this 16th day of May, 2014.

s/J. Thomas Marten  
J. Thomas Marten  
Chief United States District Judge